UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN HENRY LYDE,<br><br>        Plaintiff,<br><br>   -against-<br><br>GREEN HAVEN PRISON,<br><br>        Defendant. | 20-CV-9351 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 24, 2021, dismissing this action,

  IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 25, 2021
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.